LLOYD L. RABB, III; *State Bar No. 011056*
MATTHEW L. RABB*; State Bar No. 026346*
**RABB & RABB, PLLC**
7442 N. La Cholla Blvd.
Tucson, Arizona 85741
Telephone: (520) 888-6740
Facsimile: (520) 327-0651
Electronic Service: docservice@firstinjurylaw.com
*Local Counsel for Plaintiff*

BEN BIRELY, Texas State Bar No. 24087519
PRO HAC VICE ADMISSION PENDING
NOAH WEXLER, Texas State Bar No. 24036237
PRO HAC VICE ADMISSION PENDING
**ARNOLD & ITKIN, LLP**
6009 Memorial Drive
Houston, TX 77007
Telephone: (713) 222-3800
Facsimile: (713) 222-3850
Electronic Service: e-service@arnolditkin.com; JAITeam@arnolditkin.com
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David O'Daniel, *Plaintiff* v. Arizona Hay and Feed, LLC; *Defendant* | NO. **COMPLAINT** |

Plaintiff David O'Daniel ("Plaintiff"), by and through his undersigned counsel, for his cause of action against Defendant Arizona Hay and Feed, LLC ("Defendant") alleges as follows:

*Plaintiff's Complaint - 1*

## I. NATURE OF ACTION

1. This is a suit for negligence under Arizona law relating to personal injuries Plaintiff sustained at Defendant Arizona Hay and Feed, LLC's alfalfa farm in Pinal County, Arizona. The Defendant improperly loaded the bed of Plaintiff's trailer with alfalfa bales and created concealed "holes" between the alfalfa bales, failed to warn Plaintiff of this danger, and failed to provide Plaintiff a catwalk to use while securing the alfalfa bales to the trailer even though a catwalk is usual, customary, and necessary equipment. As a result, Plaintiff suffered serious injuries when he fell from the top of the stacked alfalfa bales while attempting to secure them to the trailer.

## II. JURISDICTION AND VENUE

2. This Court has jurisdiction over Plaintiff's claims under 28 U.S.C. § 1332(a)(1) because Plaintiff is a citizen of the State of Louisiana and the Defendant is a citizen of the State of Arizona and the amount in controversy exceeds $75,000.00. Venue is appropriate in this Court because the Defendant resides in this judicial district and a substantial part of the events or omissions giving rise to the claim occurred in this judicial district. 28 U.S.C. § 1391(b).

## III. PARTIES

3. Plaintiff David O'Daniel is an individual residing in Natchitoches Parish, Louisiana.

4. Defendant Arizona Hay and Feed, LLC is a limited liability company organized and existing under the law of the State of Arizona, and authorized and doing business in Casa Grande, Pinal County, Arizona.

## IV. NEGLIGENCE AND DAMAGES

5. At all times complained of herein, Plaintiff David O'Daniel was a freight-truck (tractor and flatbed trailer) driver employed by Moran Trucking, Inc.

6. On and before April 23, 2020, Hay & Feed was in the business of growing and transporting alfalfa.

7. On and before April 23, 2020 Hay & Feed regularly transported the alfalfa it produced via tractor and flatbed trailer trucks.

8. On or about April 23, 2020, Plaintiff had his flatbed trailer of his freight truck loaded with alfalfa hay from Defendant Arizona Hay & Feed, LLC ("Hay & Feed") for transport.

9. At all times and for all acts complained of herein, Hay & Feed acted through its agents and/or employees (hereafter referred to collectively as Hay & Feed) and is responsible for the acts of its agents or employees through respondeat superior.

10. At all times and for all acts complained of herein, Hay and Feed's agents and/or employees were acting within the course and scope of their relationship/employment with Hay & Feed.

11. On or about April 23, 2020, Hay & Feed was responsible to and did load Plaintiff's flat-bed trailer with bales of alfalfa.

12. At all relevant times, Hay & Feed owed Plaintiff a duty to use reasonable care in loading Plaintiff's trailer.

13. At all relevant times, Hay & Feed owed Plaintiff a duty to load his trailer in a manner that did not create an unnecessary risk of harm to Plaintiff.

*Plaintiff's Complaint* - 3

14. To prevent freight truck drivers from walking on bales of alfalfa during load securement, it is industry practice for farms, such as Defendant's, to provide "catwalks" or walkway planking on top of stacked bales of alfalfa on flatbed trailers for use while securing stacked bales to a trailer for transport.

15. At all relevant time, Hay & Feed owed Plaintiff a duty to warn Plaintiff if it created conditions during the alfalfa bale loading process which could cause harm to Plaintiff.

16. On or about April 23, 2020, Hay & Feed knew that Plaintiff would be required to secure the bales of alfalfa to his trailer.

17. On or about that date, Hay & Feed stacked the bales of alfalfa such that Plaintiff could only secure them by climbing on top of and walking on the bales of alfalfa.

18. After loading the alfalfa on Plaintiff's truck, Hay & Feed failed to provide Plaintiff a "catwalk" or walkway planking to allow Plaintiff to secure the hay load without having to walk on the stacked bales of hay.

19. On or about that date, Hay & Feed was aware that after it loaded Plaintiff's trailer, Plaintiff would be required to walk on top of the bales of alfalfa to secure them to the trailer.

20. As Plaintiff was walking on the bales, he stepped into a concealed hole between the bales of alfalfa, causing him to lose his footing and fall off the stack of alfalfa bales.

21. The concealed hole in the bales of alfalfa as described above created an

*Plaintiff's Complaint* - 4

unnecessary risk of harm to persons who may be required to walk on the alfalfa bales stacked on the trailer.

22. Prior to Plaintiff falling as described above, Defendant had not warned Plaintiff that it had created holes between the bales of alfalfa.

23. As a result of the fall described above, Plaintiff sustained damages in the form of past and future wage and benefit loss, past and future medical care, and other past and future economic loss.  Plaintiff has sustained severe injuries to his hip and pelvis, neck, back, foot, and other parts of his body which required emergency medical treatment and require ongoing medical care.  Plaintiff also continues to suffer severe pain, suffering, and mental anguish as a result of the incident and his injuries.

24. Plaintiff's damages as described above are in excess of the minimum damages necessary for this Court to exercise jurisdiction.

25. Hay & Seed negligently breached the duty it owed Plaintiff as described above and when it created an unnecessarily dangerous condition by stacking the bales of alfalfa such that holes between bales were concealed, and it failed to warn Plaintiff of the danger or take reasonable precaution to protect Plaintiff against it.

26. Hay & Feed's negligence was the direct and proximate cause of Plaintiff's injuries and which injuries include, but are not limited to, severe injuries to his body, past and present physical impairment, pain, suffering and mental anguish. Plaintiff has also suffered a loss of earnings in the past, as well as a loss of future earning capacity. Plaintiff has incurred and will incur pharmaceutical and medical expenses in connection with his injuries.

*Plaintiff's Complaint* - 5

## V. DEMAND FOR JURY TRIAL

27. Plaintiff demands a trial by jury on all issues.

## VI. PRAYER

WHEREFORE, Plaintiff requests that judgment be entered in his favor against Defendant, in an amount that will fairly and justly compensate him for his injuries and damages, for costs incurred, and for such other relief as the court and jury may deem appropriate under the circumstances. Plaintiff asks for judgment in his favor and against

DATED: November 18, 2020.

**RABB & RABB**, PLLC

*/s/ Lloyd L. Rabb III*
Lloyd L. Rabb III
Matthew L. Rabb
*Attorneys for Plaintiff*